Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
DANIL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANSON TRANSPORTATION SERVICE, INC., | Case No. 1:09-CV-01396 LJO DLB |
| Plaintiff, | ORDER ON STIPULATION RE DISMISSAL |
| vs. | |
| DANIL, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the stipulation by and between the parties hereto, plaintiff Johanson Transportation Service, Inc. and defendant Danil, Inc., through their respective counsel of record,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: _October 27, 2009         /s/ Lawrence J. O'Neill_____
                                 Judge, United States District Court